**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6819**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

PHILIP MICHAEL BRADY,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Herbert N. Maletz, Senior Judge, sitting by designation.  (CR-95-465-PJM, CA-97-792-HNM)

---

Submitted:  September 11, 1997     Decided:  September 23, 1997

---

Before RUSSELL, MURNAGHAN, and HAMILTON, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Philip Michael Brady, Appellant Pro Se.  Stuart A. Berman, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Appellant's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Brady, No. CR-95-465-PJM; CA-97-792-HNM (D. Md. Apr. 14, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2